UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| STEPHANIE S. LOGAN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CASE NO. 4:17-cv-00117-SEB-TAB |
| | ) |
| GLA COLLECTION CO., INC. | ) |
| | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Stephanie S. Logan by counsel, Marwan R. Daher, of the law firm of Atlas Consumer Law, and the Defendant, GLA Collection Co., Inc., by counsel, William E. Smith, III, of the law firm of Kightlinger & Gray, LLP, stipulate that matters in controversy in the above-entitled cause of action involving the Plaintiff, Stephanie Logan and the Defendant, GLA Collection Co., Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Co., Inc., have been fully compromised and settled.

It is further stipulated that all parties shall bear their own costs. It is therefore further stipulated and agreed that the Complaint is hereby dismissed by the Plaintiff with prejudice as to the Defendant, GLA Collection Co., Inc.

| | |
|---|---|
| /s/ Marwan R. Daher (by consent) | /s/ William E. Smith, III |
| Marwan R. Daher | William E. Smith, III |
| Atlas Consumer Law | KIGHTLINGER & GRAY, LLP |
| 2500 S. Highland Ave., Ste. 200 | 3620 Blackiston Blvd., Ste. 200 |
| Lombard, IL 60148 | New Albany, IN 47150 |
| (630) 578-8181 | (812) 949-2300 |
| mdaher@sulaimanlaw.com | wsmith@k-glaw.com |
| Counsel for Plaintiff | Counsel for Defendant, GLA Collection Co., Inc. |

170991\4426555-1