UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| STEPHANIE S. LOGAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO.  4:17-cv-00117-SEB-TAB |
| | ) | |
| GLA COLLECTION CO., INC. | ) | |
| | ) | |
| Defendant | ) | |

### ORDER OF DISMISSAL

The Plaintiff, Stephanie Logan, and the Defendant, GLA Collection Co., Inc., having filed their Stipulation of Dismissal, and the same having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that all claims in this cause have been fully compromised and settled as they relate to the Plaintiff and the Defendant, GLA Collection Co., Inc., the Court now APPROVES the parties' Stipulation of Dismissal, and it is

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice and said parties are to pay their own costs.

DATED  3/29/2018

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF